UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-60981-CIV-ROSENBAUM/HUNT

EDGAR VALBUENA, and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

vs.

KINGDOM CLEANERS 1, CORP., BUTYA, INC.,
RODNEY J. BURNS, and ALMAGUL BUTINCHINOVA,

    Defendants.
_____/

**ORDER REQUIRING DISCOVERY AND SCHEDULING CONFERENCE,
ORDER REQUIRING STATEMENT OF CLAIM AND RESPONSE IN FLSA CASE,
AND ORDER REFERRING DISCOVERY MATTERS TO THE MAGISTRATE JUDGE**

This matter is before the Court upon an independent review of the record. It is hereby

**ORDERED and ADJUDGED** as follows:

1. This is a Fair Labor Standards Act case in which Plaintiff seeks unpaid wages. In order to assist the Court in the management of the case, the following shall be required:

   a.    Plaintiff shall file a statement of claim setting forth the amount of alleged unpaid wages, the calculation of such wages, and the nature of the wages (*e.g.*, overtime or regular) **no later than twenty-one days from date of this Order, inclusive of mailing days**.

   b.    When Defendant first appears in the case, or at the time of filing if Defendant has already appeared, Plaintiff shall promptly serve a copy of this Order and the

   statement of claim upon Defendant. Plaintiff shall also file a notice with the Court indicating the date that Plaintiff served Defendant with the statement of claim.

  c. Within **fourteen days** of receiving service of Plaintiff's statement of claim, Defendant shall file a response to Plaintiff's statement of claim.

2. Within **fourteen days** of the filing of a response to the Complaint by a Defendant in this matter, the parties shall meet and confer regarding discovery and scheduling issues, as set out in Rule 26(f), Fed. R. Civ. P. and Local Rule 16.1(b).

3. Within **seven days** of the parties' discovery and scheduling conference, the parties shall file a joint discovery plan and conference report, as set forth in Rule 26(f)(3), Fed. R. Civ. P. and Local Rule 16.1(b)(2). The parties should note that Rule 26(f)(3)(B), Fed. R. Civ. P., and Local Rule 16.1(b)(C) require the joint discovery plan and conference report to state the parties' proposed time limit to complete discovery.

4. The parties do not need to submit a joint proposed scheduling order pursuant to Local Rule 16.1(b)(3). It is this Court's practice to set FLSA cases on an expedited case track. This expedited case track requires the parties to complete discovery approximately 120 days from the date of the Court's Scheduling Order, and provides for a trial date approximately 250 days from the date of the Court's Scheduling Order. The Court's expedited case track is set forth in Attachment "A" to this Order. If the parties believe that this case is uniquely complex and requires more time the parties must set out the reasons justifying a more protracted schedule along with a proposed schedule of trial and pretrial deadlines.

5. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, all discovery motions in this matter are referred to the Honorable Patrick

   M. Hunt to take all necessary and proper action as required by law.  Any motion affecting the deadlines set by the Court's Scheduling Order is excluded from this referral.

6. Under Rule 29, Fed. R. Civ. P., the parties may stipulate to extend the time for responding to interrogatories, requests for production, or requests for admissions, as well as the time for holding depositions, unless such extension would interfere with the deadline set for completing discovery, for hearing a motion, or for trial.  No further order of the Court is necessary.

7. If a case is settled, counsel shall inform the Court promptly at 954-769-5670 and submit an appropriate stipulated proposed order for dismissal, pursuant to Fed. R. Civ. P. 41(a)(1).  Such an Order must be filed within ten (10) days of notification to the Court.

   **DONE and ORDERED** in Fort Lauderdale, Florida, this 13th day of May 2014.

                                         _____
                                         ROBIN S. ROSENBAUM
                                         UNITED STATES DISTRICT JUDGE

copies to:

The Honorable Patrick M. Hunt
Counsel of record

**Attachment "A" to the Order Requiring Discovery and Scheduling Conference**
**Example Scheduling Timeline for Expedited-track Cases**

| Days After Entry of the Scheduling Order | Event |
|---|---|
| 28 | Deadline to join additional parties or to amend pleadings |
| 60 | Deadline to file joint interim status report<br><br>Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation |
| 120 | Deadline to complete fact discovery<br><br>Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition<br><br>Deadline to disclose the identity of expert witnesses and to exchange expert witness summaries/reports pursuant to Rule 26(a)(2), Fed. R. Civ. P.  Rebuttal disclosures are permitted and shall comply with the deadline set forth in Rule 26(a)(2)(C)(ii), Fed. R. Civ. P. |
| 135 | Deadline for the filing of all dispositive motions |
| 140 | Deadline to complete mediation |
| 165 | Deadline to complete all expert discovery |
| 60 days BEFORE Calendar Call | Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions |
| 10 days BEFORE the trial date | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e), S.D. Fla., and pretrial disclosures pursuant to Rule 26(a)(3), Fed. R. Civ. P.<br><br>Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k) |
| 250 (approximate) | Calendar Call |
| 255 (approximate) | Two-week trial period commences |