UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   0:14-cv-60981-RSR-Rosenbaum

EDGAR VALBUENA, and all others similarly
situated under 29 U.S.C. 216(B),

        Plaintiff,

vs.

KINGDOM CLEANERS 1, CORP,
BUTYA, INC.
RODNEY J BURNS
ALMAGUL BUTINCHINOVA,

        Defendants.
_____/

**DEFENDANT KINGDOM CLEANERS I, CORP'S MOTION**
**FOR EXTENION OF TIME**

COMES NOW, Kingdom Cleaners 1, Corp., Defendant herein, by and through the undersigned counsel, and moves this Court for an extension of time in which to respond to the complaint, pursuant to S.D. Fla. L.R., Gen Rule 7.1, and alleges as follows:

1. Defendant Kingdom Cleaners 1, Corp ("Kingdom") was served in this action on or about April 30, 2014.

DEFENDANT KINGDOM CLEANERS I, CORP'S  
MOTION FOR EXTENION OF TIME  
Case No.:   0:14-cv-60981-RSR

Page **2** of **4**

_____

2. The undersigned counsel was just retained to represent Kingdom in this action.

3. The undersigned counsel needs an additional 21 days to confer with his client to ascertain what defenses, if any, Kingdom may have to assert in its response.

4. The undersigned counsel has communicated with Plaintiff's counsel regarding this matter, and Plaintiff's counsel has no objection to the requested relief, and has agreed to the form of the proposed order being submitted with this Motion.

WHEREFORE, Defendant Kingdom requests that this Court grant Kingdom a 21 day extension to respond to the complaint.

RESPECTFULLY SUBMITTED,

/s/ Gregory S. Starr  
Gregory S. Starr  
FL Bar No. 67318  
Primary e-mail address: gstarr@gregorystarr.com  
THE LAW OFFICES OF GREGORY S. STARR  
101 NE Third Avenue  
Suite 1250  
Fort Lauderdale, Florida   33301  
Tel:   (954) 779-7827  
Fax:   (954) 779-7598  
Attorney for Defendant Kingdom

DEFENDANT KINGDOM CLEANERS I, CORP'S<br>
MOTION FOR EXTENION OF TIME<br>
Case No.:  0:14-cv-60981-RSR

Page **3** of **4**

_____

## CERTIFICATE OF CONFERRING WITH OPPOSING COUNSEL

**I HEREBY CERTIFY** that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has reached an agreement.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 19, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on those on the attached Service List, by CM/ECF.

/s/ Gregory S. Starr
Gregory S. Starr

DEFENDANT KINGDOM CLEANERS I, CORP'S
MOTION FOR EXTENION OF TIME
Case No.:   0:14-cv-60981-RSR

Page **4** of **4**

_____

## SERVICE LIST

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: 305-865-6766
E-mail: zabogado@aol.com